[No. 14002-1-II.   Division Two.   April 29, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ZAK FREDRICKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 90-8-00019-7, Gary W. Velie, J., entered June 15,

1990. *Reversed* and *dismissed* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Seinfeld, J.